## IN RE CONTEMPT OF CHANNING CARLTON.

171 N. W. (2d) 727.

October 31, 1969—No. 41418.

*Leonard, Street & Deinard, Melvin H. Siegel, Sidney Barrows,* and *George F. Reilly,* for relator.

*Douglas M. Head,* Attorney General, *Richard H. Kyle,* Solicitor General, and *David J. Byron* and *J. Dennis O'Brien,* Special Assistant Attorneys General, for respondent.

PER CURIAM.

Relator violated an order of the District Court of Ramsey County prohibiting the making of in-court sketches during the criminal trial of one David Hoskins in March 1968. He was adjudged guilty of contempt and fined $100, payment of which was deferred pending a determination of the writ of certiorari issued by this court upon his application.

Relator died on July 18, 1969, so that the pending appellate proceeding has become moot.

The writ of certiorari is accordingly discharged.